**SO ORDERED.**

**SIGNED this 15 day of July, 2010.**

_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **STEVEN CARL LEWIS** | ) | **Case No. 10-10117** |
| **KIMBERLY LYNNE LEWIS** | ) | **Chapter 7** |
| | ) | |
| Debtors | ) | |
| _____ | ) | |
| **LINDA S. PARKS, TRUSTEE** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **Adversary No. 10-5098** |
| | ) | |
| **CONSUMER LAW ASSOCIATES, LLC.** | ) | |
| **and DAVID HERRON** | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

### <u>ORDER</u>

This matter comes before the Court *sua sponte.*  The above adversary proceeding was filed

on May 4, 2010.  On June 2, 2010, defendants filed an amended motion to withdraw the reference

-1-

and for intra-district transfer of this adversary proceeding to the district court (Dkt. 16). The parties have completed briefing on the motion and the motion is deemed submitted to this Court as of July 13, 2010 for its Report and Recommendation. *See* D. Kan. Rule 83.8.6(f).

On June 22, 2010 the Court issued a notice and order for a pretrial scheduling conference on August 19, 2010 at 11:00 a.m. This Order notifies the parties and counsel that scheduling and discovery will proceed forward in this Court, pending issuance of this Court's Report and Recommendation on the motion to withdraw the reference and further order of the Court. Counsel and parties are hereby directed to comply with Fed. R. Civ. P. 26(f), all scheduling orders, the rules of discovery, and the applicable Part 7 Rules of the Fed. R. Bankr. P. governing adversary proceedings.

IT IS SO ORDERED.

# # #